UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLYDE R. JOSEPH, JR (#445068)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO.07-658-JVP-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the report and recommendation of the United States Magistrate Judge Dalby, dated April 21, 2009 (doc. 8). Petitioner has filed an objection to the report and recommendation, arguing that, in finding that petitioner's habeas corpus application was untimely under 28 U.S.C. § 2244(d), the Magistrate Judge failed to properly take into account the ninety-day period during which plaintiff could have filed for a writ of certiorari to the United States Supreme Court (doc. 9).

However, "a petition for writ of certiorari to the Supreme Court is not an application for 'State' review that would toll the limitations period." *Ott v. Johnson*, 192 F.3d 510, 513 (5th Cir. 1999); see also *Grooms v. Johnson*, 208 F.3d 488, 489 (5th Cir. 1999) (same). Therefore, for the reasons stated in the report and recommendation, the court concludes that petitioner's habeas corpus application is time-barred.

Petitioner also argues that the action should be allowed to proceed under the doctrine of equitable tolling because petitioner and counsel "fully prepared" the

petition in January, 2007, and believed the petition would be timely when filed (doc. 9, pp. 3-4). However:

> Equitable tolling applies principally where the plaintiff is actively misled by the defendant about the cause of action or is prevented in some extraordinary way from asserting his rights. A garden variety claim of excusable neglect does not support equitable tolling.

*Coleman v. Johnson*, 184 F.3d 398, 402 (5th Cir. 1999) (internal citations omitted).

Accordingly, the court concludes that the doctrine of equitable tolling is not applicable in the present case and hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. This action shall be dismissed pursuant to Uniform Local Rule 43.1.

Baton Rouge, Louisiana, May 14th, 2009.

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA